IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TABATHA R. DRAKE § | |
|     Plaintiff § | |
| § | |
| VS § | Case No. 1:24-cv-01562 |
| § | |
| BUC-EE'S, LTD., BUC-EE'S § | JURY TRIAL REQUESTED |
| MANAGEMENT, LLC, and BUC- § | |
| EE'S SERVICES, LLC, individually § | |
| and collectively d/b/a, BUC-EE'S, § | |
|     Defendants § | |

**JOINT MOTION TO STAY PROCEEDINGS, COMPEL ARBITRATION, AND ADMINISTRATIVELY CLOSE THE CASE**

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, Plaintiff Tabatha Drake ("Plaintiff") and Defendants Buc-ee's, Ltd., Buc-ee's Management, LLC, and Buc-ee's Services, LLC ("Defendants") (collectively, the "Parties") move this Court to compel arbitration of the claims Plaintiff has asserted in Plaintiff's Original Complaint (the "Complaint") (Dkt. 1), to stay proceedings pending arbitration, and to administratively close the case. In support thereof, the Parties state as follows:

1. On December 20, 2024, Plaintiff served Defendants with a copy of the Summons and Complaint (Dkt. 4-6).

2. On January 10, 2025, Defendants filed an Agreed Motion for Extension of Time to Answer or Otherwise Respond, which provides that Defendants may have until February 10, 2025 to respond to the Complaint (Dkt. 7).

3. The Parties have met and conferred regarding the appropriate venue for this dispute, and the Parties stipulate and agree that: (a) Plaintiff entered into a binding arbitration agreement

1

with Buc-ee's Ltd.; and (b) the claims at issue in this case fall within the scope of the agreement's arbitration clause.

4.   Accordingly, the parties hereby jointly move the Court to stay the proceedings and order the parties to arbitrate their dispute.

WHEREFORE, the Parties jointly request that this Court enter the Agreed Order submitted with this Joint Motion to Stay Proceedings and Compel Arbitration.

Date:  February 10, 2025                              Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Rachel Powitzky Steely*
**Rachel Powitzky Steely**
Texas Bar No. 00792770
rsteely@foley.com
**Taylor Appling**
Texas Bar No. 24092628
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Tel: 713.276.5500
Fax: 713.276.5555

**COUNSEL FOR DEFENDANTS**

And by: */s/ Benjamin C. Yelverton (by permission)*
**Benjamin C. Yelverton**
Texas Bar No. 24084132
SCANES YELVERTON TALBERT, LLP
100 Ritchie Road, Suite 101
P. O. Box 20965
Waco, Texas 76702-0965
Phone: (254) 399-8788
Facsimile: (254) 399-8780
Email: yelverton@sytfirm.com

      And by: */s/ Danny C. Wash    (by permission)*
**Danny C. Wash**
Texas Bar No. 20896000
WASH & THOMAS
Attorneys at Law
6613 Sanger Ave.
Waco, Texas 76710
Phone: (254) 776-3611
Facsimile: (254) 776-9217
Email: danwash@washthomas.com

**ATTORNEYS FOR PLAINTIFF**
**TABATHA R. DRAKE**

## **CERTIFICATE OF CONFERENCE**

      The undersigned certifies that counsel for the parties have conferred in good faith to reach the agreements set forth in this motion.

      */s/ Taylor Appling*
      Taylor Appling

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's electronic filing system on February 10, 2025.

      */s/ Taylor Appling*
      Taylor Appling

4923-2277-8390